TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00099-CV

James P. Day and Delores Day, Appellants

v.

Mary Tripp, Fred Jones, Lloyd Adams, David Ward and Catherine Ward, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT

NO. 94-00122, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

PER CURIAM

 Appellants have filed a motion to dismiss this appeal. The motion is granted. Tex. R. App.
P. 59(a)(1)(B).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Appellants' Motion

Filed: March 6, 1997

Do Not Publish